Haux., Judge,
 

 delivered the opinion of the Court:
 

 ft ¡nay be a hard case,on the Defendant, if he shall lr.iviv the Piaintilf’s debt to pay out of his own pocket;
 
 *251
 
 but the truth of the plea of “ fully administered,” in point of time, must be tested when process is served, or when pleaded,- after that time the Defendant is not at liberty
 
 to
 
 dispose of the property, under the acts of Assfembly alluded to in the affidavit, although it was proper to do so before. ThOse acts* of Assembly did not intend to deprive a creditor of the lien, which the commencement of an action might give him on the goods of the deceased. He can sell only before that lien attaches. The application to enter the plea must be refused.